MR. JUSTICE SHEEHY,
specially concurring:
I concur in the result here only because of the provisions of 1972 Montána Constitution, Art. VII, Section 4, and of Section 46-2-201, MCA.
Art. VII, Section 4 provides in part: “The district court has original jurisdiction in all criminal cases amounting to a felony . . . .”
Section 46-2-201, MCA, states: “The district courts have jurisdiction of all public offenses not otherwise provided for.”
Our statutes do not provide for a crime allegedly committed by a 15-year old person who was never prosecuted until he reached the age of 22. His case would fall between the cracks except for the enactment of Section 46-2-201. It specifically covers Elliot’s case, and we need look no further for jurisdiction in the District Court to handle the prosecution.